IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELINDA COLON, o/b/o E.M.C., a minor child | : : : | CIVIL ACTION |
| v. | : : | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of the Social Security Administration | : : : | NO. 16-2748 |

**ORDER**

**AND NOW**, this 19th day of April, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 8), Defendant's Response thereto, Plaintiff's Reply Brief, and the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter (Docket No. 13), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of Social Security is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

3. **JUDGMENT IS ENTERED** in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.

---

[1] Nancy A. Berryhill has replaced Carolyn W. Colvin as the Acting Commissioner of Social Security. Accordingly, pursuant to Federal Rule of Civil Procedure 25(d), we substitute Berryhill as the named Defendant in this action.